Kirby's Remodeling & Flooring Center Inc.

**55638**

Douglas W. Mitten

Employee ID: MITTEN
Social Sec #: xxx-xx-4105

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,206.40 | 26,540.80 | Regular | 40.00 | 23.20 | 928.00 |
| Fed_Income | -99.04 | -2,178.88 | Overtime | 8.00 | 34.80 | 278.40 |
| Soc_Sec | -74.80 | -1,645.60 |  |  |  |  |
| Medicare | -17.49 | -384.78 |  |  |  |  |
| State | -37.04 | -814.88 |  |  |  |  |
| Local | -20.51 | -451.22 |  |  |  |  |
| SUI | -0.72 | -15.84 |  |  |  |  |
| LST | -1.00 | -21.00 |  |  |  |  |
| MedIns | -30.00 | -630.00 |  |  |  |  |
| VAC Accrue |  | 92.00 |  |  |  |  |
| SICK Taken |  | 18.00 |  |  |  |  |
| SICK Accrue |  | 22.00 |  |  |  |  |

Net Check: $925.80
Pay Period Beginning: May 19, 2021
Pay Period Ending: May 25, 2021

Total: 48.00    1,206.40
Check Date: 5/27/21
Weeks in Pay Period: 1

---

Kirby's Remodeling & Flooring Center Inc.

**55631**

Douglas W. Mitten

Employee ID: MITTEN
Social Sec #: xxx-xx-4105

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,206.40 | 25,334.40 | Regular | 40.00 | 23.20 | 928.00 |
| Fed_Income | -99.04 | -2,079.84 | Overtime | 8.00 | 34.80 | 278.40 |
| Soc_Sec | -74.80 | -1,570.80 |  |  |  |  |
| Medicare | -17.49 | -367.29 |  |  |  |  |
| State | -37.04 | -777.84 |  |  |  |  |
| Local | -20.51 | -430.71 |  |  |  |  |
| SUI | -0.72 | -15.12 |  |  |  |  |
| LST | -1.00 | -20.00 |  |  |  |  |
| MedIns | -30.00 | -600.00 |  |  |  |  |
| VAC Accrue |  | 92.00 |  |  |  |  |
| SICK Taken |  | 18.00 |  |  |  |  |
| SICK Accrue |  | 22.00 |  |  |  |  |

Net Check: $925.80
Pay Period Beginning: May 12, 2021
Pay Period Ending: May 18, 2021

Total: 48.00    1,206.40
Check Date: 5/20/21
Weeks in Pay Period: 1

---

Kirby's Remodeling & Flooring Center Inc.

**55624**

Douglas W. Mitten

Employee ID: MITTEN
Social Sec #: xxx-xx-4105

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,206.40 | 24,128.00 | Regular | 40.00 | 23.20 | 928.00 |
| Fed_Income | -99.04 | -1,980.80 | Overtime | 8.00 | 34.80 | 278.40 |
| Soc_Sec | -74.80 | -1,496.00 |  |  |  |  |
| Medicare | -17.49 | -349.80 |  |  |  |  |
| State | -37.04 | -740.80 |  |  |  |  |
| Local | -20.51 | -410.20 |  |  |  |  |
| SUI | -0.72 | -14.40 |  |  |  |  |
| LST | -1.00 | -19.00 |  |  |  |  |
| MedIns | -30.00 | -570.00 |  |  |  |  |
| VAC Accrue |  | 92.00 |  |  |  |  |
| SICK Taken |  | 18.00 |  |  |  |  |
| SICK Accrue |  | 22.00 |  |  |  |  |

Net Check: $925.80
Pay Period Beginning: May 5, 2021
Pay Period Ending: May 11, 2021

Total: 48.00    1,206.40
Check Date: 5/13/21
Weeks in Pay Period: 1

Kirby's Remodeling & Flooring Center Inc.

55617

Douglas W. Mitten

| | This Check | Year to Date | | Employee ID: | MITTEN | |
|---|---|---|---|---|---|---|
| | | | | Social Sec # | xxx-xx-4105 | |
| | | | | Hours | Rate | Total |
| Gross | 1,206.40 | 22,921.60 | Regular | 40.00 | 23.20 | 928.00 |
| Fed_Income | -99.04 | -1,881.76 | Overtime | 8.00 | 34.80 | 278.40 |
| Soc_Sec | -74.80 | -1,421.20 | | | | |
| Medicare | -17.49 | -332.31 | | | | |
| State | -37.04 | -703.76 | | | | |
| Local | -20.51 | -389.69 | | | | |
| SUI | -0.72 | -13.68 | | | | |
| LST | -1.00 | -18.00 | | | | |
| MedIns | -30.00 | -540.00 | | | | |
| VAC Accrue | | 92.00 | | | | |
| SICK Taken | 8.00 | 18.00 | | | | |
| SICK Accrue | -8.00 | 22.00 | | | | |

| Net Check: | $925.80 | Total | 48.00 | | 1,206.40 |
|---|---|---|---|---|---|
| Pay Period Beginning: | Apr 28, 2021 | Check Date: | 5/6/21 | | |
| Pay Period Ending: | May 4, 2021 | Weeks in Pay Period: | 1 | | |

---

Kirby's Remodeling & Flooring Center Inc.

55610

Douglas W. Mitten

| | This Check | Year to Date | | Employee ID: | MITTEN | |
|---|---|---|---|---|---|---|
| | | | | Social Sec # | xxx-xx-4105 | |
| | | | | Hours | Rate | Total |
| Gross | 1,206.40 | 21,715.20 | Regular | 40.00 | 23.20 | 928.00 |
| Fed_Income | -99.04 | -1,782.72 | Overtime | 8.00 | 34.80 | 278.40 |
| Soc_Sec | -74.80 | -1,346.40 | | | | |
| Medicare | -17.49 | -314.82 | | | | |
| State | -37.04 | -666.72 | | | | |
| Local | -20.51 | -369.18 | | | | |
| SUI | -0.72 | -12.96 | | | | |
| LST | -1.00 | -17.00 | | | | |
| MedIns | -30.00 | -510.00 | | | | |
| VAC Accrue | | 92.00 | | | | |
| SICK Taken | | 10.00 | | | | |
| SICK Accrue | | 30.00 | | | | |

| Net Check: | $925.80 | Total | 48.00 | | 1,206.40 |
|---|---|---|---|---|---|
| Pay Period Beginning: | Apr 21, 2021 | Check Date: | 4/29/21 | | |
| Pay Period Ending: | Apr 27, 2021 | Weeks in Pay Period: | 1 | | |

---

Kirby's Remodeling & Flooring Center Inc.

55603

Douglas W. Mitten

| | This Check | Year to Date | | Employee ID: | MITTEN | |
|---|---|---|---|---|---|---|
| | | | | Social Sec # | xxx-xx-4105 | |
| | | | | Hours | Rate | Total |
| Gross | 1,206.40 | 20,508.80 | Regular | 40.00 | 23.20 | 928.00 |
| Fed_Income | -99.04 | -1,683.68 | Overtime | 8.00 | 34.80 | 278.40 |
| Soc_Sec | -74.80 | -1,271.60 | | | | |
| Medicare | -17.49 | -297.33 | | | | |
| State | -37.04 | -629.68 | | | | |
| Local | -20.51 | -348.67 | | | | |
| SUI | -0.72 | -12.24 | | | | |
| LST | -1.00 | -16.00 | | | | |
| MedIns | -30.00 | -480.00 | | | | |
| VAC Accrue | | 92.00 | | | | |
| SICK Taken | | 10.00 | | | | |
| SICK Accrue | | 30.00 | | | | |

| Net Check: | $925.80 | Total | 48.00 | | 1,206.40 |
|---|---|---|---|---|---|
| Pay Period Beginning: | Apr 14, 2021 | Check Date: | 4/22/21 | | |
| Pay Period Ending: | Apr 20, 2021 | Weeks in Pay Period: | 1 | | |

Kirby's Remodeling & Flooring Center Inc.    55596

Douglas W. Mitten                Employee ID:        MITTEN
                                 Social Sec #        xxx-xx-4105

                This Check    Year to Date                Hours       Rate       Total
Gross           1,206.40      19,302.40    Regular        40.00       23.20      928.00
Fed_Income      -99.04        -1,584.64    Overtime       8.00        34.80      278.40
Soc_Sec         -74.80        -1,196.80
Medicare        -17.49        -279.84
State           -37.04        -592.64
Local           -20.51        -328.16
SUI             -0.72         -11.52
LST             -1.00         -15.00
MedIns          -30.00        -450.00
VAC Accrue                    92.00
SICK Taken                    10.00
SICK Accrue                   30.00

Net Check:              $925.80          Total           48.00                   1,206.40
Pay Period Beginning:   Apr 7, 2021      Check Date:             4/15/21
Pay Period Ending:      Apr 13, 2021     Weeks in Pay Period:    1

---

Kirby's Remodeling & Flooring Center Inc.    55588

Douglas W. Mitten                Employee ID:        MITTEN
                                 Social Sec #        xxx-xx-4105

                This Check    Year to Date                Hours       Rate       Total
Gross           1,206.40      18,096.00    Regular        40.00       23.20      928.00
Fed_Income      -99.04        -1,485.60    Overtime       8.00        34.80      278.40
Soc_Sec         -74.80        -1,122.00
Medicare        -17.49        -262.35
State           -37.04        -555.60
Local           -20.51        -307.65
SUI             -0.72         -10.80
LST             -1.00         -14.00
MedIns          -30.00        -420.00
VAC Accrue                    92.00
SICK Taken                    10.00
SICK Accrue                   30.00

Net Check:              $925.80          Total           48.00                   1,206.40
Pay Period Beginning:   Mar 31, 2021     Check Date:             4/8/21
Pay Period Ending:      Apr 6, 2021      Weeks in Pay Period:    1

---

Kirby's Remodeling & Flooring Center Inc.    55579

Douglas W. Mitten                Employee ID:        MITTEN
                                 Social Sec #        xxx-xx-4105

                This Check    Year to Date                Hours       Rate       Total
Gross           1,206.40      16,889.60    Regular        40.00       23.20      928.00
Fed_Income      -99.04        -1,386.56    Overtime       8.00        34.80      278.40
Soc_Sec         -74.80        -1,047.20
Medicare        -17.49        -244.86
State           -37.04        -518.56
Local           -20.51        -287.14
SUI             -0.72         -10.08
LST             -1.00         -13.00
MedIns          -30.00        -390.00
VAC Accrue                    92.00
SICK Taken                    10.00
SICK Accrue                   30.00

Net Check:              $925.80          Total           48.00                   1,206.40
Pay Period Beginning:   Mar 24, 2021     Check Date:             4/1/21
Pay Period Ending:      Mar 30, 2021     Weeks in Pay Period:    1