Certificate Number: 06531-PAM-DE-035867006

Bankruptcy Case Number: 21-01372



06531-PAM-DE-035867006

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>July 26, 2021</u>, at <u>8:32</u> o'clock <u>PM CDT</u>, <u>Douglas W Mitten</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

| | | | |
|---|---|---|---|
| Date: | <u>July 26, 2021</u> | By: | <u>/s/Connie Krosch</u> |
| | | Name: | <u>Connie Krosch</u> |
| | | Title: | <u>Certified Credit Counselor</u> |