United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 21-01372-HWV
Douglas Wayne Mitten  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jul 30, 2021     Form ID: ntcnfhrg     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Douglas Wayne Mitten, 9 Lightner Rd., Landisburg, PA 17040-8900 |
| 5419621 | + | Belmont Behavioral Health, 4200 Monument Rd., Philadelphia, PA 19131-1689 |
| 5419623 | + | Cb/sonyvisa, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5419624 | | Commercial Acceptance Company, Attn. Bankruptcy, 23300 Gettysburg Rd. Ste. 102, Camp Hill, PA 17011 |
| 5419626 | + | Endodontics Associates, 395 St. John's Church Rd., Camp Hill, PA 17011-5747 |
| 5419627 | + | Landisburg EMS, Inc., PO Box 726, New Cumberland, PA 17070-0726 |
| 5419628 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5419637 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5423102 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 5419638 | + | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044-0227 |
| 5419633 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5419640 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5419634 | | West Shore Pain and Spine Institute, 5124 E. Trindle Rd., Mechanicsburg, PA 17050-3688 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 30 2021 18:49:18 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 30 2021 18:49:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5419976 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 30 2021 18:49:18 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5419620 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 30 2021 18:47:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 5419622 | + | Email/Text: bankruptcy@usecapital.com | Jul 30 2021 18:47:00 | Capital Accounts, Attn: Bankruptcy, Po Box 140065, Nashville, TN 37214-0065 |
| 5419635 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jul 30 2021 18:47:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5420633 | | Email/Text: mrdiscen@discover.com | Jul 30 2021 18:47:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5419625 | + | Email/Text: mrdiscen@discover.com | Jul 30 2021 18:47:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5419636 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 30 2021 18:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5419629 | | Email/Text: mmrgbk@miramedrg.com | Jul 30 2021 18:47:00 | Miramed Revenue Group, 360 E. 22nd St, Lombard, IL 60148-4924 |
| 5419630 | + | Email/PDF: cbp@onemainfinancial.com | Jul 30 2021 18:49:21 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5419639 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 18:47:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5420208 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 30 2021 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5419631 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 30 2021 18:47:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 5419731 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 18:49:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5419632 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 18:49:18 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5420209 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5420240 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 5420241 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021             Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Douglas Wayne Mitten jmh@johnhyamslaw.com acb@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Douglas Wayne Mitten,

**Debtor 1**

Chapter 13

Case No. 1:21−bk−01372−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 1, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: September 8, 2021 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing (*L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 30, 2021 |

ntcnfhrg (05/21)