UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  DOUGLAS WAYNE MITTEN          :  CHAPTER 13
        Debtor(s)                     :
                                      :
        JACK N. ZAHAROPOULOS          :
        STANDING CHAPTER 13 TRUSTEE   :
        Movant                        :
                                      :
        vs.                           :
                                      :
        DOUGLAS WAYNE MITTEN          :
        Respondent(s)                 :  CASE NO.   1-21-bk-01372

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this   7th   day of September, 2021, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about August 3, 2021 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   7th   day of September, 2021, I hereby certify that I have
served the within Motion by electronically notifying parties or by depositing a true and correct
copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first
class mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA   17102

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee